No. 219, Misc.   MONAHAN *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.   *George F. Hetfield* and *George L. Feaster* for petitioner.   *Hyman Isaac* for respondent.

No. 11, Original.   MISSISSIPPI *v.* LOUISIANA, *ante,* p. 805.   Petition for rehearing of the motion for leave to intervene denied.

No. 736, October Term, 1953.   McRAE *v.* WOODS, ACTING HOUSING EXPEDITER, 347 U. S. 1017.   Motion for leave to file a second petition for rehearing denied.

No. 79.   LAS VEGAS MERCHANT PLUMBERS ASSOCIATION ET AL. *v.* UNITED STATES, *ante,* p. 817;

No. 85.   ARTUKOVIC *v.* IVANCEVIC, CONSUL GENERAL OF THE FEDERAL PEOPLES' REPUBLIC OF YUGOSLAVIA, ET AL., *ante,* p. 818;

No. 88.   WILLIAMS *v.* CAROLINA LIFE INSURANCE CO. ET AL., *ante,* p. 802;

No. 111.   HARRIS ET AL. *v.* STANLEY, GOVERNOR, ET AL., *ante,* p. 803;

No. 151.   NILVA ET AL. *v.* UNITED STATES, *ante,* p. 825;

No. 152.   JAYNE ET AL., JUDGES OF THE CIRCUIT COURT OF WAYNE COUNTY, ET AL. *v.* CITY OF DETROIT ET AL., *ante,* p. 802;

No. 167.   POMPROWITZ, DOING BUSINESS AS L. C. L. TRANSIT CO., ET AL. *v.* UNITED STATES ET AL., *ante,* p. 803;

No. 201.   KUCHIN *v.* CHICAGO & NORTH WESTERN RAILWAY CO., *ante,* p. 840; and

No. 208.   WILEMON ET AL. *v.* CITY AND COUNTY OF DALLAS LEVEE IMPROVEMENT DISTRICT ET AL., *ante,* p. 829.   Petitions for rehearing denied.